UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. CAMPOS,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC., *et al.*,<br><br>    Defendants. | Case No. 5:24-cv-01315-FLA (SPx)<br><br>**JUDGMENT** |

1

On June 3, 2025, the parties filed Notice of Plaintiff Maria D. Campos' ("Plaintiff") Acceptance of Defendant Nissan North America, Inc.'s ("Defendant") Offer of Judgment ("Notice").  Dkt. 20.

The court, having considered the parties' Notice and finding good cause therefor, hereby ORDERS as follows:

1. JUDGMENT is entered in favor of Plaintiff in the amount of $82,384.50 against Defendant pursuant to the terms of the Rule 68 Offer.  Dkt. 20-1.
2. Plaintiff shall reserve the right to petition the court for an award of reasonably and actually incurred attorney's fees and costs recoverable, pursuant to Cal. Code Civ. Proc. § 1794(d) ("Section 1794(d)").  Any such motion shall be filed no later than 14 days after entry of this Judgment.  In ruling on Plaintiff's costs and fees motion(s), the attorney's fees, expenses, and costs shall be calculated as if Plaintiff was found to have prevailed in this action under Section 1794(d) as of the date the Rule 68 Offer was executed or accepted by Plaintiff.  Defendant will pay the amounts determined by the court within thirty (30) days after entry of the award unless either party has filed a notice of appeal.
3. Plaintiff will deliver the subject vehicle to Defendant on a date, time, and place mutually agreeable to the parties.

IT IS SO ORDERED.

Dated: June 5, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge